IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　　Plaintiff, )<br>) **CRIMINAL ACTION**<br>v. )<br>) No. 12-20158-01-KHV<br>JAMES NEW, )<br>)<br>　　　　　Defendant. )<br>_____) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's <u>Unopposed Motion For Early Termination Of Supervised Release</u> (Doc. #173) filed November 24, 2025.   The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."   18 U.S.C. § 3583(e)(1).   The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the position of the U.S. Probation Office.   For substantially the reasons stated in defendant's unopposed motion, the Court commends Mr. New on his successful re-integration into our community and finds that his term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's <u>Unopposed Motion For Early Termination Of Supervised Release</u> (Doc. #173) filed November 24, 2025 is **SUSTAINED**.   The Court terminates the remaining term of defendant's supervised release.   Defendant is discharged.

Dated this 2nd day of December, 2025 at Kansas City, Kansas.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Kathryn H. Vratil
　　　　　　　　　　　　　　　　　　　　　　　　KATHRYN H. VRATIL
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge